# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE HAROLD DAVIS,
                    Appellant,
           vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78363

**FILED**

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion requesting appropriate parole eligibility date." Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Eric Johnson, District Judge
       Lawrence Harold Davis
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

19-15119